IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-11409
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

LESLIDAWN CLARK,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:95-CR-183-H
- - - - - - - - - -
July 28, 1997
Before JOLLY, STEWART, and DENNIS, Circuit Judges.

PER CURIAM:[*]

    Leslidawn Clark appeals the district court's denial of her postjudgment motion challenging the validity of her convictions for conspiracy and violations of federal income tax laws on the ground that the district court lacked jurisdiction to try her for those offenses.  Clark's argument is facially frivolous.  See United States v. Masat, 948 F.2d 923, 934 (5th Cir. 1991).  Accordingly, the appeal is DISMISSED.  Howard v. King, 707 F.2d

---

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

215, 219- 20 (5th Cir. 1983); 5TH CIR. R. 42.2.  We warn Clark that any additional frivolous appeals filed by her or on her behalf will invite the imposition of sanctions.  To avoid sanctions, Clark is further cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous.

APPEAL DISMISSED; SANCTION WARNING ISSUED.